No. 84–5253.   PETROFSKY v. RICHARDS.   C. A. 10th Cir. Certiorari denied.

No. 84–5255.   BORRELLI v. ANDERSON ET AL.   C. A. 3d Cir. Certiorari denied.

No. 84–5259.   SHEMERDIAK v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA.   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–5272.   ROSS v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 84–5275.   STINSON v. ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 84–5277.   LaROSE v. FLORIDA.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 84–5281.   McCRARY v. COHEN ET AL.   C. A. 2d Cir. Certiorari denied.

No. 84–5283.   FELLS v. MABEN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–5284.   FUENTES v. ROSS ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–5285.   HECK v. COMMUNICATIONS SATELLITE CORP. Ct. App. Md.   Certiorari denied.

No. 84–5289.   BOOKER v. MITCHELL, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 84–5290.   GOLDEN v. ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 84–5292.   HATCH v. MASON ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–5293.   LASKARIS ET AL. v. THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–5295.   FREEMAN v. WHITE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.